MICHELLE B. HEVERLY, Bar No. 178660
E-Mail:  mheverly@littler.com
TODD K. BOYER, Bar No. 203132
E-Mail:  tboyer@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113.2303
Telephone:  408.998.4150
Facsimile:  408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

ORIGINAL FILED
07 JUL -3 PM 2:54
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN C. MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>LOCKHEED MARTIN CORPORATION, and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. C07 03480 PVT<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 3-16)** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Lockheed Martin Corporation, certifies that to its knowledge, there are no parties other than the named parties, which have (a) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (b) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated:  July 3, 2007

_____
MICHELLE B. HEVERLY
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail:  mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail:  tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
5  Telephone:   408.998.4150
   Facsimile:    408.288.5686
6
   Attorneys for Defendant
7  LOCKHEED MARTIN CORPORATION

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 SUSAN C. MORALES,                    Case No.  C07 03480 PVT  [E-Filing]

13           Plaintiff,                 **PROOF OF SERVICE**

14     v.

15 LOCKHEED MARTIN CORPORATION,
   and DOES 1 through 25, inclusive,
16
            Defendants.
17

18

19         I am a resident of the State of California, over the age of eighteen years, and not a

20 party to the within action.  My business address is 50 West San Fernando Street, 14th Floor, San

21 Jose, California 95113.2303.  On July 3, 2007, I served the within document(s):

22     **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL
       ACTION FROM STATE COURT**
23
       **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
24
   ☒   by placing a true copy of the document(s) listed above for collection and mailing
25     following the firm's ordinary business practice in a sealed envelope with postage
       thereon fully prepaid for deposit in the United States mail at San Jose, California
26     addressed as set forth below.

27

28

Firmwide:82735339.1 051728.1003        1.                     Case No. C07 03480 PVT
                              PROOF OF SERVICE

***Attorneys for Plaintiff – Susan C. Morales***

| | |
|---|---|
| Karine Bohbot | Phone: (510) 273-3111 |
| Bohbot & Riles LLP | Fax:   (510) 273-8911 |
| 2202 Broadway, Suite 823 | Email: kbohbot@strikebacklaw.com |
| Oakland, CA 94612-3024 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 3, 2007, at San Jose, California.

*Dianne E. Lee* (signature)

Dianne E. Lee

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150