MICHELLE B. HEVERLY, Bar No. 178660
E-Mail:  mheverly@littler.com
TODD K. BOYER, Bar No. 203132
E-Mail:  tboyer@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Facsimile:     408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN C. MORALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOCKHEED MARTIN CORPORATION, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.  C07 03480 PVT  [E-Filing]<br><br>**PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 50 West San Fernando Street, 14th Floor, San Jose, California  95113.2303.  On July 3, 2007, I served the within document(s):

**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

Firmwide:82735339.1 051728.1003         1.         Case No. C07 03480 PVT
**PROOF OF SERVICE**

***Attorneys for Plaintiff – Susan C. Morales***

| | |
|---|---|
| Karine Bohbot | Phone: (510) 273-3111 |
| Bohbot & Riles LLP | Fax:   (510) 273-8911 |
| 2202 Broadway, Suite 823 | Email: kbohbot@strikebacklaw.com |
| Oakland, CA  94612-3024 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 3, 2007, at San Jose, California.

Dianne E. Lee