1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
5  Telephone: 408.998.4150
   Facsimile: 408.288.5686
6
   Attorneys for Defendant
7  LOCKHEED MARTIN CORPORATION

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | SUSAN C. MORALES,                | Case No. C07 03480 PVT
13 |         Plaintiff,                | **PROOF OF SERVICE BY MAIL**
14 |   v.                              |
15 | LOCKHEED MARTIN CORPORATION,      |
   | and DOES 1 through 25, inclusive, |
16 |                                   |
   |         Defendants.               |
17

18       I, Dianne E. Lee, certify and declare as follows:

19       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 W. San Fernando Street, 14th Floor, San Jose, California 95113. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 9, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

         **ORDER SETTING INITIAL CASE MANAGEMENT
         CONFERENCE AND ADR DEADLINES**

         **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN
         DISTRICT OF CALIFORNIA / CONTENTS OF JOINT CASE
         MANAGEMENT STATEMENT**

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:82753673.1 051728.1003              1.              Case No. C07 03480 PVT
                              PROOF OF SERVICE BY MAIL

| | |
|---|---|
| 1 | STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES |
| 2 | |
| 3 | STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL |
| 4 | |
| 5 | ECF REGISTRATION INFORMATION HANDOUT |
| 6 | WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION |
| 7 | |
| 8 | NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE |
| 9 | GENERAL ORDER NO. 40 – PROHIBITION OF BIAS |
| 10 | GENERAL ORDER NO. 45 – ELECTRONIC CASE FILING |
| 11 | GENERAL ORDER NO. 53 – PRIVACY |
| 12 | NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION |
| 13 | |
| 14 | NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS AND WAIVER OF SERVICE OF SUMMONS |
| 15 | |
| 16 | INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5) |
| 17 | |
| 18 | IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES |
| 19 | CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES |
| 20 | |
| 21 | SUBMITTING INITIATING DOCUMENTS, CONVERTING DOCUMENTS TO PDF AND EMAIL GUIDELINES |
| 22 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| 23 | |
| 24 | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGMENT |
| 25 | |
| 26 | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| 27 | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| 28 | NOTICE OF NEED FOR ADR PHONE CONFERENCE |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:82753673.1 051728.1003       2.       Case No. C07 03480 PVT
PROOF OF SERVICE BY MAIL

in a sealed envelope, postage fully paid, addressed as follows:

>Karine Bohbot
>Bohbot & Riles LLP
>2202 Broadway, Suite 823
>Oakland, CA  94612-3024

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on July 9, 2007.

*Dianne E. Lee* (signature)
Dianne E. Lee

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:82753673.1 051728.1003        3.        Case No. C07 03480 PVT
**PROOF OF SERVICE BY MAIL**