MICHELLE B. HEVERLY, Bar No. 178660
E-Mail:   mheverly@littler.com
TODD K. BOYER, Bar No. 203132
E-Mail:   tboyer@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SUSAN C. MORALES,<br><br>            Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN CORPORATION,<br>and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. C07 03480 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

        The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:    July 9, 2007

                                           /s/ Todd K. Boyer
                        _____
                        MICHELLE B. HEVERLY
                        TODD K. BOYER
                        LITTLER MENDELSON
                        A Professional Corporation
                        Attorneys for Defendant
                        LOCKHEED MARTIN CORPORATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

Firmwide:82754479.1 051728.1003                    1.                    Case No. C07 03480 PVT

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE