MICHELLE B. HEVERLY, Bar No. 178660
E-Mail: mheverly@littler.com
ANNE-MARIE WAGGONER, Bar No. 173407
E-Mail: awaggoner@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

KARIN BOHBOT, Bar No. 197298
E-Mail: kbohbot@strikebacklaw.com
BOHBOT & RILES, LLP
2201 Broadway, Suite 823
Oakland, CA 94607
Telephone:    510.273-3111
Facsimile:    510.273-8911

Attorneys for Plaintiff
SUSAN C. MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN C. MORALES,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>Defendant. | Case No. C 07-03480 JF<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL AND STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties stipulate to participate in the following ADR process:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

1.                                                            Case No. C 07-03480 JF
JOINT ADR STIPULATION AND PROPOSED ORDER

**Court Processes:**

☐ Arbitration    ☐ ENE    ☒ Mediation    ☐ Settlement Conference

**Private Process:**

☐ Private ADR: mediation before XXX mediator

The parties agree to hold the ADR session by:

☒   The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

Dated: September 27, 2007    ___/s/ Karine Bohbot_____
KARINE BOHBOT
BOHBOT & RILES, LLP
Attorney for Plaintiff

Dated: September 27, 2007    ___/s/ Anne-Marie Waggoner_____
ANNE-MARIE WAGGONER
LITTLER MENDELSON, P.C.
Attorney for Defendant

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

☒ Mediation

☐ Private ADR

Deadline for ADR session:

☒ 90 days from the date of this order.

☐ other _____:

Dated: _____    _____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

2.    Case No. C 07-03480 JF
JOINT ADR STIPULATION AND PROPOSED ORDER

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site, www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: September 27, 2007   /s/ Susan C. Morales
SUSAN C. MORALES
Plaintiff

Dated: September 27, 2007   /s/ Karin Bohbot
KARINE BOHBOT
BOHBOT & RILES, LLP
Attorney for Plaintiff
SUSAN C. MORALES

Dated: September 27, 2007   /s/ Susan E. Dunnings
SUSAN E. DUNNINGS
Vice President and General Counsel
LOCKHEED MARTIN CORPORATION
Defendant

Dated: September 27, 2007   /s/ Anne-Marie Waggoner
ANNE-MARIE WAGGONER
LITTLER MENDELSON, P.C.
Attorney for Defendant
LOCKHEED MARTIN CORPORATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

3.   Case No. C 07-03480 JF
JOINT ADR STIPULATION AND PROPOSED ORDER

## DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Anne-Marie Waggoner, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am of counsel with the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendant Lockheed Martin Corporation.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I have obtained the concurrence for the filing of this document from each of the other signatories hereto. Littler Mendelson will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on September 27, 2007, at San Jose, California.

                                                      /s/ Anne-Marie Waggoner
                                                      ANNE-MARIE WAGGONER

Firmwide:83113486.1 051728.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

4.    Case No. C 07-03480 JF
JOINT ADR STIPULATION AND PROPOSED ORDER