## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, October 12, 2007
**Case Number:** CV-07-3480-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          SUSAN MORALES   V.   LOCKHEED MARTIN CORP.

           **PLAINTIFF**                         **DEFENDANT**

    **Attorneys Present: Karine Bohbot**         **Attorneys Present: Anne-Marie Waggoner**

---

PROCEEDINGS:

     Case management conference held.  Parties are present. The Court adopts the proposed case management schedule.  The case is set for jury trial on 7/28/08 at 9:00 a.m. and pretrial conference on 7/18/08 at 11:00 a.m.