*efiled 12/3/07

1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  ANNE-MARIE WAGGONER, Bar No. 173407
   E-Mail: awaggoner@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
5  Telephone:    408.998.4150
   Facsimile:    408.288.5686
6
   Attorneys for Defendant
7  LOCKHEED MARTIN CORPORATION

8  KARINE BOHBOT, Bar No. 197298
   E-Mail: kbohbot@strikebacklaw.com
9  BOHBOT & RILES, LLP
   2201 Broadway, Suite 823
10 Oakland, CA 94607
   Telephone:    510.273-3111
11 Facsimile:    510.273-8911

12 Attorneys for Plaintiff
   SUSAN C. MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN C. MORALES,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>Defendant. | Case No. C 07-03480 JF<br><br>**ADMINISTRATIVE MOTION, BY STIPULATION, REQUESTING EXTENSION OF DEADLINE TO COMPLETE MEDIATION**<br><br>[Civil Local Rule 7-11; ADR Local Rule 6-5]<br><br>Current Deadline:    December 31, 2007<br>Mediation Scheduled: February 1, 2008<br>Trial Date:          July 28, 2008 |

Pursuant to Civil Local Rule 7-11 and ADR Local Rule 6-5, Plaintiff Susan C. Morales and Defendant Lockheed Martin Corporation <u>jointly</u> submit this motion and stipulation for administrative relief and request that the Court extend the deadline to complete the court-supervised

///

1.
ADMINISTRATIVE MOTION, BY STIPULATION, REQUESTING EXTENSION
OF DEADLINE TO COMPLETE MEDIATION

Case No. C 07-03480 JF

mediation in this matter from December 31, 2007, to February 15, 2008. Good cause exists for the requested extension for the following reasons.

The parties have commenced discovery in this case and expect to take the depositions necessary for a meaningful mediation in this matter in December 2007 and January 2008. However, due to the holidays and the schedules of witnesses and counsel, it is not possible to complete these depositions and prepare for and conduct the mediation before the current December 31, 2007, deadline.

On November 14, 2007, the court-appointed mediator, Gerald F. George, Esq. of Pillsbury Winthrop Shaw Pittman, held a pre-mediation telephone conference with counsel for the parties to discuss the mediation. Among other things, the mediator and counsel discussed the scheduling of the mediation and agreed it would be appropriate to conduct the mediation in late January or early February 2008. Subsequently, the mediation was scheduled, by agreement, for February 1, 2008 at 10:00 a.m. On or about November 20, 2007, the Court sent out an electronic notice to the parties confirming the mediation date.

The trial in this matter is set for July 28, 2008, and the non-expert witness discovery cut-off is on April 1, 2008. Conducting the mediation on February 1, 2008 and extending the Court-ordered deadline for completing the mediation will not prejudice any party. Accordingly, the parties respectfully request that the Court grant this administrative motion and extend the deadline to conduct the mediation from December 31, 2007, to February 15, 2008.

IT IS SO STIPULATED.

Respectfully submitted,

LITTLER MENDELSON P.C.

Dated: November 27, 2007         By:_____ /s/ *Anne-Marie Waggoner*_____
                                 ANNE-MARIE WAGGONER
                                 Attorneys for Defendant
                                 Lockheed Martin Corporation

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose CA 95113 2303
408 998 4150

2.

ADMINISTRATIVE MOTION, BY STIPULATION, REQUESTING EXTENSION
OF DEADLINE TO COMPLETE MEDIATION

Case No. C 07-03480 JF

BOHBOT & RILES, LLP

Dated: November 27, 2007      By: _____/s/ Karine Bohbot_____
                                           KARINE BOHBOT
                                           Attorneys for Plaintiff
                                           SUSAN C. MORALES

## DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Anne-Marie Waggoner, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am Of Counsel with the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendant Lockheed Martin Corporation.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I have obtained the concurrence for the filing of this document from each of the other signatories hereto. Littler Mendelson will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on November 27, 2007, at San Jose, California.

                                                        _____/s/ Anne-Marie Waggoner_____
                                                        ANNE-MARIE WAGGONER

Firmwide:83698449.1 051728.1003

3.
ADMINISTRATIVE MOTION, BY STIPULATION, REQUESTING EXTENSION OF DEADLINE TO COMPLETE MEDIATION

Case No. C 07-03480 JF

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

MICHELLE B. HEVERLY, Bar No. 178660
E-Mail: mheverly@littler.com
ANNE-MARIE WAGGONER, Bar No. 173407
E-Mail: awaggoner@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

KARINE BOHBOT, Bar No. 197298
E-Mail: kbohbot@strikebacklaw.com
BOHBOT & RILES, LLP
2201 Broadway, Suite 823
Oakland, CA 94607
Telephone: 510.273-3111
Facsimile: 510.273-8911

Attorneys for Plaintiff
SUSAN C. MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN C. MORALES,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>    Defendant. | Case No. C 07-03480 JF<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION, BY STIPULATION, TO EXTEND DEADLINE TO COMPLETE MEDIATION<br><br>[Civil Local Rule 7-11; ADR Local Rule 6-5]<br><br>Current Deadline: December 31, 2007<br>Mediation Scheduled: February 1, 2008<br>Trial Date: July 28, 2008 |

Good cause appearing from the Administrative Motion by Stipulation, Requesting Extension of Deadline to Complete Mediation, submitted jointly by Plaintiff Susan Morales and

///

1.
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION, BY STIPULATION, TO EXTEND
DEADLINE TO COMPLETE MEDIATION

Case No. C 07-03480 JF

2.

1  Defendant Lockheed Martin Corporation, the Court hereby extends the deadline for completing the
2  mediation from December 31, 2007 to and including February 15, 2008.
3      IT IS SO ORDERED.
4
5  Dated: __11/30_____, 2007
6                                                    _____
                                                     THE HONORABLE JEREMY FOGEL
7                                                    United States District Court Judge for the
                                                     Northern District of California

11  Firmwide:83698558.1 051728.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

2.
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION, BY STIPULATION, TO EXTEND
DEADLINE TO COMPLETE MEDIATION

Case No. C 07-03480 JF

MICHELLE B. HEVERLY, Bar No. 178660
E-Mail: mheverly@littler.com
ANNE-MARIE WAGGONER, Bar No. 173407
E-Mail: awaggoner@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone:  408.998.4150
Facsimile:  408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

KARINE BOHBOT, Bar No. 197298
E-Mail: kbohbot@strikebacklaw.com
BOHBOT & RILES, LLP
2201 Broadway, Suite 823
Oakland, CA 94607
Telephone:  510.273-3111
Facsimile:  510.273-8911

Attorneys for Plaintiff
SUSAN C. MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN C. MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>  Defendant. | Case No. C 07-03480 JF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION, BY STIPULATION, TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br>[Civil Local Rule 7-11; ADR Local Rule 6-5]<br><br>Current Deadline:    December 31, 2007<br>Mediation Scheduled: February 1, 2008<br>Trial Date:          July 28, 2008 |

Good cause appearing from the Administrative Motion by Stipulation, Requesting Extension of Deadline to Complete Mediation, submitted jointly by Plaintiff Susan Morales and

1.
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION, BY STIPULATION, TO EXTEND
DEADLINE TO COMPLETE MEDIATION

Case No. C 07-03480 JF

2.

1  Defendant Lockheed Martin Corporation, the Court hereby extends the deadline for completing the
2  mediation from December 31, 2007 to and including February 15, 2008.
3         IT IS SO ORDERED.

5  Dated: _____, 2007

6  THE HONORABLE JEREMY FOGEL
United States District Court Judge for the
Northern District of California

11  Firmwide:83698558.1 051728.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION, BY STIPULATION, TO EXTEND
DEADLINE TO COMPLETE MEDIATION

Case No. C 07-03480 JF

## PROOF OF SERVICE BY US MAIL AND FACSIMILE

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. On November 29, 2007, I served a copy of the within document(s) noted below by deposit with the United States Postal Service at the addresses stated below and by telefaxing a copy thereof to the following individuals at the facsimile numbers below:

**ADMINISTRATIVE MOTION, BY STIPULATION, REQUESTING EXTENSION OF DEADLINE TO COMPLETE MEDIATION AND PROPOSED ORDER**

| | |
|---|---|
| Facsimile (415) 983-1200<br>Gerald F. George, Esq.<br>Pillsbury Winthrop Shaw Pittman<br>50 Fremont Street<br>San Francisco, CA 94105 | Facsimile (408) 535.5360<br>Attn: Clerk of the Court<br>US District Court, Northern District<br>San Jose Division<br>Robert F. Peckham Courthouse & Federal Building<br>280 South First Street<br>San Jose, CA 95113 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 29, 2007, at San Jose, California.

*/s/ Pauline R. López*
Pauline R. López

PROOF OF SERVICE