1 | MICHELLE B. HEVERLY, Bar No. 178660
E-Mail: mheverly@littler.com
2 | ANNE-MARIE WAGGONER, Bar No. 173407
E-Mail: awaggoner@littler.com
3 | LITTLER MENDELSON
A Professional Corporation
4 | 50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
5 | Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN C. MORALES, | Case No. C07 03480 JF |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| LOCKHEED MARTIN CORPORATION, and DOES 1 through 25, inclusive, | |
| Defendants. | |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that effective December 17, 2007, the new address (floor change only) of Defendant LOCKHEED MARTIN CORPORATION'S attorneys of record, Michelle B. Heverly and Anne-Marie Waggoner of Littler Mendelson, is as follows:

> Michelle B. Heverly, Esq.
> Anne-Marie Waggoner, Esq.
> Littler Mendelson
> 50 West San Fernando Street, 15th Floor
> San Jose, CA 95113-2431
> Tel: (408) 998-4150
> Fax: (408) 228-5686

///

///

1.
**NOTICE OF CHANGE OF ADDRESS**    Case No. C07 03480 PVT

Dated: December 13, 2007

_____
MICHELLE B. HEVERLY
ANNE-MARIE WAGGONER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

Firmwide:83850430.1 051728.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

2.
NOTICE OF CHANGE OF ADDRESS

Case No. C07 03480 PVT