# UNITED STATES DISTRICT COURT

## Northern District of California

Morales,

        Plaintiff(s),

v.

Lockheed Martin Corporation,

        Defendant(s).

No. C 07-03480 JF MED

**Certification of ADR Session**

*Instructions*: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __2/8/08__

2. Did the case settle?  ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __2/10/08__                      _____
                                                           Mediator, Gerald F. George
                                                           Pillsbury Winthrop
                                                           50 Fremont St.
                                                           San Francisco, CA 94105

**Certification of ADR Session**
07-03480 JF MED