Karine Bohbot, Esq. (197298)
BOHBOT & RILES, LLP
2201 Broadway, Suite 823
Oakland, CA 94612
(510) 273-3111
(510) 273-8911

Attorney for Plaintiff:
    Susan C. Morales

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN C. MORALES ) | Case No.: C07 03480 JF |
|     Plaintiff, ) | |
| -vs.- ) | **NOTICE OF DISMISSAL** |
| LOCKHEED MARTIN CORPORATION, and ) DOES 1 through 25, inclusive ) | |
|     Defendants ) | |

    The parties hereby notify the Court that the above referenced case has been settled. Mediation was a held on February 8, 2008. The matter settled on that day in the parties executed a settlement agreement on that day. As such, the parties request that this case be dismissed.

Dated: February 13, 2008                  _____
                                                             Karine Bohbot
                                                              Attorney for Plaintiff

    IT IS SO ORDERED.

Dated: _____, 2008               _____
                                                              Hon. Jeremy Fogel
                                                              United States District Court Judge

_____