Karine Bohbot, Esq. (197298)  *efiled 2/27/08
BOHBOT & RILES, LLP
2201 Broadway, Suite 823
Oakland, CA 94612
(510) 273-3111
(510) 273-8911

Attorney for Plaintiff:
    Susan C. Morales

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN C. MORALES | Case No.: C07 03480 JF |
|     Plaintiff, | |
| -vs.- | **NOTICE OF DISMISSAL** |
| LOCKHEED MARTIN CORPORATION, and DOES 1 through 25, inclusive | |
|     Defendants | |

    The parties hereby notify the Court that the above referenced case has been settled. Mediation was a held on February 8, 2008.  The matter settled on that day in the parties executed a settlement agreement on that day.  As such, the parties request that this case be dismissed.

Dated: February 13, 2008

                                                        _____
                                                        Karine Bohbot
                                                        Attorney for Plaintiff

    IT IS SO ORDERED.

Dated: __2/26_____, 2008                         _____
                                                      Hon. Jeremy Fogel
                                                        United States District Court Judge

_____
NOTICE OF DISMISSAL